

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

July 23, 2020

The Hon. Brenda K. Sannes
 United States District Court Judge
James M. Hanley Federal Building  & U.S. Courthouse
100 S. Clinton Street
Syracuse, NY 13261

      Re: Deborah Laufer v. Jai Dev. Inc..
        Case No.: 5:20-cv-348 (BKS)(ML)
        <u>NOTICE OF SETTLEMENT: LETTER MOTION</u>

**Greetings Judge Sannes,**

  Please note that the undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action.  The parties join in this Letter Motion seeking a stay of all court proceedings in this matter for through August 23, 2020, while the settlement agreement is consummated.

  Thank you for your attention and courtesy in this matter.

Very truly yours,

*Peter Sverd*

 Peter Sverd, Esq.